| | | |
|---|---|---|
| People v Parkison | 4th Dept: 151 AD3d 1647 (Wayne) | denied 8/21/17 (DiFiore, Ch. J.) |
| People v Parsley | 2d Dept: 150 AD3d 894 (Westchester) | denied 8/16/17 (Stein, J.) |
| People v Pastore | 1st Dept: 151 AD3d 425 (Bronx) | denied 8/16/17 (Rivera, J.) |
| People v Pendergraph | 4th Dept: 150 AD3d 1703 (Onondaga) | denied 8/16/17 (Stein, J.) |
| People v Perez (Jonathan) | App Term, 1st Dept: 56 Misc 3d 126(A) (Bronx) | denied 8/16/17 (Stein, J.) |
| People v Perez (Joseph) | 2d Dept: 150 AD3d 1150 (Suffolk) | denied 8/16/17 (Stein, J.) |
| People v Perrin (Christopher) | 4th Dept: 151 AD3d 1618 (Wayne) | denied 8/16/17 (Rivera, J.) (Appeal No. 1) |
| People v Perrin (Christopher) | 4th Dept: 151 AD3d 1619 (Wayne) | denied 8/16/17 (Rivera, J.) (Appeal No. 2) |
| People v Perrin (Christopher) | 4th Dept: 151 AD3d 1619 (Wayne) | denied 8/16/17 (Rivera, J.) (Appeal No. 3) |
| People v Philbert | App Term, 1st Dept: 55 Misc 3d 152(A) (NY) | denied 8/3/17 (DiFiore, Ch. J.) |
| People v Pig | 4th Dept: 145 AD3d 1606 (Monroe) | denied reconsideration 8/11/17 (Wilson, J.) |
| People v Pimentel | 1st Dept: 149 AD3d 505 (NY) | denied 8/16/17 (Rivera, J.) |
| People v Pinto | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 151(A) (Queens) | denied 8/31/17 (Fahey, J.) |
| People v Pizarro | 4th Dept: 151 AD3d 1678 (Onondaga) | denied 8/22/17 (Garcia, J.) |
| People v Plowden | 2d Dept: 150 AD3d 896 (Nassau) | denied 8/4/17 (Wilson, J.) |
| People v Pompeo | 4th Dept: 151 AD3d 1949 (Ontario) | denied 8/21/17 (Stein, J.) |
| People v Price | 3d Dept: 150 AD3d 1485 (Ulster) | denied 8/24/17 (Fahey, J.) |
| People v Pringle | 2d Dept: 149 AD3d 782 (Queens) | denied 8/2/17 (Fahey, J.) |
| People v Propst | 4th Dept: 150 AD3d 1697 (Genesee) | denied 8/16/17 (Garcia, J.) |
| People v Quell | 4th Dept: 149 AD3d 1497 (Erie) | denied 8/16/17 (Stein, J.) |
| People v Randall | 4th Dept: 151 AD3d 1867 (Monroe) | denied 8/16/17 (Rivera, J.) |
| People v Reed | 4th Dept: 150 AD3d 1655 (Monroe) | denied 8/18/17 (Garcia, J.) |
| People v Richards | 1st Dept: 151 AD3d 583 (NY) | denied 8/18/17 (Garcia, J.) |